*Hopkins & Hopkins, Daly & Freund, A. J. Hopkins* and *William Daly,* for appellant.
*Grant Crumpacker* and *Owen L. Crumpacker,* for appellee.

BATMAN, P. J.—It appearing that a final judgment has not been rendered in this case, the appeal is dismissed for want of jurisdiction.

## CARROLL *v.* KOCH.

[No. 11,123. Filed April 19, 1922.]

From Huntington Circuit Court; *George M. Eberhart,* Judge.

Action between Wilbert S. Carroll and William Koch. From the judgment rendered, the former appeals. *Affirmed.*

*William A. Branyan* and *Wilbur E. Branyan,* for appellant.
*Fred H. Bowers, Milo N. Feightner* and *Lee M. Bowers,* for appellee.

PER CURIAM.—Judgment affirmed.

## HAMMAN'S ESTATE *v.* HAMMAN, EXECUTOR.

[No. 11,215. Filed April 20, 1922.]

From Warrick Circuit Court; *Marshall R. Tweedy,* Judge.

Action between George R. Hamman, executor, and the Estate of Helen C. Hamman; Lenpha A. Folsom, executor. From the judgment rendered, the former appeals. *Affirmed.*

*Caleb J. Lindsey,* for appellant.
*A. W. Youngblood,* for appellee.

PER CURIAM.—Judgment affirmed.

## HODSON *v.* WEESE.

[No. 10,963. Filed April 21, 1922.]

From Allen Circuit Court; *Sol A. Wood,* Judge.

Action between John A. Hodson and Horace G. Weese. From the judgment rendered, the former appeals. *Affirmed.*

*Samuel E. Cook, Otto H. Krieg* and *Martin H. Luecke,* for appellant.
*Fred H. Bowers, Milo N. Feightner, Lee M. Bowers, Otto King* and *Harry Hilgemann,* for appellee.

PER CURIAM.—Judgment affirmed.